**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**ARIANA N. GAROUSI, CSB #347758**
Assistant United States Attorney
Ariana.Garousi@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
Attorneys for Defendants

**JAIME LANGTON, OSB #096839**
Four Corners Immigration Law
Jaime@FourCornersLaw.com
2705 E. Burnside Street, Suite 108
Portland, OR 97214
Phone: (503) 446-3802
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MAZDAK SHADKAM,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSEPH B. EDLOW, in his official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity; MARGARET ROSENAST, in her official capacity; FEDERAL BUREAU OF INVESTIGATION; KASH PATEL, in his official capacity,**<br><br>Defendants. | Case No. 6:26-cv-00754-AP<br><br>**STIPULATED MOTION TO DISMISS AND REMAND AND ORDER** |

Page 1 – Stipulated Motion to Dismiss and Remand

Plaintiff Mazdak Shadkam brought this action alleging the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate his Form N-400, Application for Naturalization, within a reasonable amount of time pursuant to 8 U.S.C. § 1447(b).

The parties, by and through their respective counsel, hereby jointly stipulate and move to dismiss this matter without prejudice and request that the Court remand the matter to USCIS. Plaintiff agrees that he will provide a statement that attests (1) to any updates he has for his N-400 application and (2) that he has reviewed his N-400 and has no additional updates or changes other than those provided. Within thirty (30) days of receiving Plaintiff's attested statement, USCIS will render a decision on Plaintiff's Form N-400. The parties shall bear their own costs and fees.

Accordingly, the parties have resolved all outstanding issues, and further judicial intervention is unnecessary. However, the parties agree that this Court may retain jurisdiction to enforce the terms of the Order.

Respectfully submitted this 14th day of July, 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

/s/   Jaime Langton
JAIME LANGTON
Four Corners Immigration Law
Plaintiff's Counsel

/s/ Ariana N. Garousi
ARIANA N. GAROUSI
Assistant United States Attorney
Defendants' Counsel

Page 2 – Stipulated Motion to Dismiss and Remand

**ORDER**

This matter is dismissed without prejudice and without an award of costs or fees to either party.  The case is remanded to the United States Citizenship and Immigration Services ("USCIS").  Plaintiff will provide a statement that attests (1) to any updates he has for his N-400 application and (2) that he has reviewed his N-400 and has no additional updates or changes other than those provided. Within thirty (30) days of receiving Plaintiff's attested statement, USCIS will render a decision on Plaintiff's Form N-400.  This Court will retain jurisdiction to enforce the terms of this Order.

It is so ORDERED.


DATED this 15th day of July, 2026.


 /s/Amy Potter                            
AMY POTTER
United States Magistrate Judge